118 F.3d 1577
 New Jersey Automobile Insurance Plan, Pennsylvania Assigned
Risk Plan, Indemnity Insurance Company of North America
v.
Justin Sciarra, Sciarra Insurance Agency, Inc., Paul W.
Hopkins, Hopkins & Associates, Inc., Philadelphia Insurance
Exchange, Inc., Evans Delivery Company, Inc,m Century
Express, Ltd., Ste Express & Delivery Ltd., Albert L. Evans,
Jr., Brennan Transportation Services, Inc., James J.
Brennan, Jr., Tischler Express, Inc., Maper, Inc., LaSalle
 NO. 96-5609
 United States Court of Appeals,
Third Circuit.
 June 24, 1997
 Appeal From: D.N.J. ,No.9201369
 
 1
 Affirmed.